# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-37 (MTT) |
| | ) |
| TOMMY RENARDO MORGAN, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The defendant, by and through his counsel, has moved the Court to continue this case to the next trial term. Docs. 86; 87. The defendant was indicted on July 12, 2022, and had his arraignment in this Court on April 6, 2023. Docs. 1; 74. One prior continuance has been granted. Doc. 81. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for defense counsel to review discovery, appropriately advise the defendant, determine if any pretrial resolution is possible, and negotiate in good faith. Doc. 86 ¶ 3. The government is not opposed to the motion. *Id.* ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motions (Docs. 86; 87) are **GRANTED**. The case is continued from the July term until the Court's next trial term presently scheduled for **September 11, 2023**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 29th day of June, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT