IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-37 (MTT) |
| | ) |
| TOMMY RENARDO MORGAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

The parties have moved the Court to continue this case to the next trial term. Doc. 96.  The defendant was indicted on July 12, 2022, and had his arraignment in this Court on April 6, 2023.  Docs. 1; 74.  Two prior continuance has been granted.  Docs. 81; 91.  The parties now move the Court to continue this case to the next trial term to provide additional time for defense counsel to review discovery, appropriately advise the defendant, determine if any pretrial resolution is possible, and negotiate in good faith. Doc. 91 ¶ 3.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 96) is **GRANTED**.  The case is continued from the September term until the Court's next trial term presently scheduled for **November 13, 2023**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 22nd day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT